CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUN 27 2017

JULIA C. DUDLEY, CLERK
BY:
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JOHN FORREST HAM, JR., | ) CASE NO. 7:17CV00295 |
| Petitioner, | ) |
| v. | ) TRANSFER ORDER |
| UNITED STATES OF AMERICA, | ) By: Hon. Glen E. Conrad |
| | ) Chief United States District Judge |
| Respondent. | ) |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that the petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2241, is **DENIED** as such, but is hereby **CONSTRUED** as a motion to vacate, set aside or correct the sentence under 28 U.S.C. § 2255; the clerk shall **TRANSFER** this action to the United States District Court for South Carolina, Greenville Division; and the clerk shall **CLOSE** the § 2241 action in this court.

ENTER: This 27th day of June, 2017.

_____
Chief United States District Judge